# United States District Court
## Southern District of Georgia

Ricky Smith,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV514-8,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/3/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case.

12/3/14
Date

Scott L. Poff, Clerk

(By) Deputy Clerk